# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____

---------------------------------------------------------------

Gadner

USCA NO. _____

SDNY NO. __08cv6781__
JUDGE: ____KMW____
DATE: __9 / 3 / 2008__

-v-

Tucker et al

---------------------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
FIRM _____APPEALS SECTION_____
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES --------------------------------------

DOCUMENTS                                                      DOC#

_____
                   Clerk's Certificate
_____
              See Attached List of Numbered Documents
_____
                 Only Circled Documents Included
_____

( √ ) Original Record                    ( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __3rd__ Day of __September__, 2008.

**United States District Court for the Southern District of New York**

-------------------------------------------------------

Gardner

-v-

Tucker et al

-------------------------------------------------------

Date: ___9/3/2008___

U.S.C.A. # _____

U.S.D.C. # ~~07cv8463~~ 08cv6781 DI

D.C. JUDGE ~~VM~~ Kmw

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**           **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __3rd__ Day of __September__ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233rd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-06781-KMW
### Internal Use Only

Gardner v. Tucker et al
Assigned to: Judge Kimba M. Wood
Demand: $9,999,000
Cause: 42:1983 Civil Rights Act

Date Filed: 07/30/2008
Date Terminated: 07/30/2008
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Phillip Jerome Gardner.(rdz) (Entered: 08/06/2008) |
| 07/30/2008 | 2 | COMPLAINT against Tucker, Pitcher, Bruce. Document filed by Phillip Jerome Gardner.(rdz) (Entered: 08/06/2008) |
| 07/30/2008 |  | Magistrate Judge Debra Freeman is so designated. (rdz) (Entered: 08/06/2008) |
| 07/30/2008 | 3 | ORDER OF DISMISSAL, The Clerk of Court is directed to assign a docket number to this matter solely for the purpose of this order. For the reasons set forth below, the complaint is dismissed. Given that plaintiff has failed to submit the completed Authorization Form to this case as instructed, the action is dismissed without prejudice. The Court Certifies to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Kimba M. Wood on 7/30/2008) (mbe) (Entered: 08/08/2008) |
| 07/30/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 7/30/2008) (mbe) (Entered: 08/08/2008) |
| 08/20/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Phillip Jerome Gardner. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 09/03/2008) |
| 08/20/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Phillip Jerome Gardner. $455.00 APPEAL FEE DUE. IFP REVOKED 7/30/08.(tp) (Entered: 09/03/2008) |
| 09/03/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 09/03/2008) |
| 09/03/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 09/03/2008) |